UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TERRANCE CORNELIS, YVONNE CORNELIS,

           Plaintiffs,

-vs-                                  Case No. 6:09-cv-985-Orl-28GJK

EATZA PIZZA, INC.,

           Defendant.

## ORDER

    This cause is before the Court on Plaintiffs' Motion to Transfer (Doc. 29). Defendant has not filed a response to the Motion to Transfer and the Local Rule 3.01(g) certification by Plaintiffs indicates that while Defendant believes this matter should be dismissed in its entirety, it finds "no fault" with Plaintiffs' motion.

    Defendant previously filed a Motion to Dismiss based on improper venue and asked alternatively, that the case be transferred (Doc. 11). This Court granted Defendant's Motion to Dismiss as Plaintiffs failed to carry their burden to show venue was in the proper forum. (Doc. 18). Plaintiffs were later allowed to file either an amended complaint or a motion to transfer (Doc. 24). This Motion to Transfer followed.

    Because there is no opposition to the Motion to Transfer, the residency of Defendant is in Arizona, and provision 21.4 in the Franchise Agreement (which is the subject of this lawsuit) provides in part as follows:

> 21.4 <u>Venue and Jurisdiction</u>. Franchisee and Franchisor consent and irrevocably submit to the jurisdiction and venue of any state or federal court of competent jurisdiction located in Phoenix, Maricopa County, Arizona,

(Doc. 2-1, Exhibit A), the Motion to Transfer is **GRANTED**, and this case is transferred to the United States District Court, District of Arizona, Phoenix division. (<u>See</u> 28 U.S.C. § § 1391, 1404(a), 1406(a)). The Clerk of the Court is directed to transfer this case accordingly, and to thereafter close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this  26  day of July, 2010.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party