# U.S. District Court
# Middle District of Florida (Orlando)
# CIVIL DOCKET FOR CASE #: 6:09−cv−00985−JA−GJK

Cornelis et al v. Eatza Pizza, Inc.  
Assigned to: Judge John Antoon II  
Referred to: Magistrate Judge Gregory J. Kelly  
Demand: $75,000  
 Case in other court:  Volusia County Circuit Court, 09−31822−CICI  
Cause: 28:1441 Notice of Removal−Breach of Contract

Date Filed: 06/12/2009  
Date Terminated: 07/27/2010  
Jury Demand: Plaintiff  
Nature of Suit: 190 Contract: Other  
Jurisdiction: Diversity

**Plaintiff**

**Terrance Cornelis**  represented by  **Terrance Cornelis**  
123 River Rd. 1  
Banner Elk, NC 28604  
828−260−0758  
Fax: 386/760−1518  
PRO SE

**Plaintiff**

**Yvonne Cornelis**  represented by  **Yvonne Cornelis**  
123 River Rd. 1  
Banner Elk, NC 28604  
828−260−0758  
Fax: 386/760−1518  
PRO SE

V.

**Defendant**

**Eatza Pizza, Inc.**  represented by  **Drew Colson Williams**  
*an Arizona corporation*  Kinsey, Vincent, Pyle, PL  
Suite 300  
150 S Palmetto Ave  
Daytona Beach, FL 32114  
386/252−1561  
Fax: 386/254−8157  
Email: dcw@kvplaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/12/2009 | Ï 1 | NOTICE OF REMOVAL filed by Eatza Pizza, Inc. from Volusia County Circuit Court, case number 2009−31822−CICI filed in State Court on 4/24/09. Filing fee $ 350, receipt number 31447. (Attachments: # 1 Civil Cover Sheet)(DDK) (Additional attachment(s) added on 6/15/2009: # 2 Main Document) (DDK). (Entered: 06/15/2009) |
| 06/12/2009 | Ï 2 | |

| | | |
|---|---|---|
| | | COMPLAINT against Eatza Pizza, Inc. filed by Terrance Cornelis, Yvonne Cornelis. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibits C–E, # 4 Exhibit F, part 1, # 5 Exhibit F, part 2)(DDK) (Entered: 06/15/2009) |
| 06/17/2009 | Ï 3 | MOTION for Extension of Time to File Response/Reply as to 2 Complaint by Eatza Pizza, Inc.. (Williams, Drew) Motions referred to Magistrate Judge Gregory J. Kelly. (Entered: 06/17/2009) |
| 06/19/2009 | Ï 4 | ENDORSED ORDER granting 3 Motion for Extension of Time to File Response/Reply. Response due by 7/17/2009. Signed by Magistrate Judge Gregory J. Kelly on 6/19/2009. (DEH) (Entered: 06/19/2009) |
| 06/29/2009 | Ï 5 | MOTION for miscellaneous relief, specifically for Change of Money Amount Demanded and for Jury Trial by all plaintiffs. (RDO) (Entered: 06/29/2009) |
| 06/30/2009 | Ï 6 | RELATED CASE ORDER AND NOTICE of designation under Local Rule 3.05 – track 2. Notice of pendency of other actions due within 11 days from the date of this order. Signed by Judge John Antoon II on 6/30/2009. Copies mailed/e–mailed.(DJD) (Entered: 06/30/2009) |
| 06/30/2009 | Ï 7 | INTERESTED PERSONS ORDER. Certificate of interested persons and corporate disclosure statement due within 11 days from the date of this order. Signed by Judge John Antoon II on 6/30/2009. Copies mailed/e–mailed.(DJD) (Entered: 06/30/2009) |
| 07/09/2009 | Ï 8 | NOTICE of pendency of related cases and Certificate of Interested Persons re 7 Interested persons order, 6 Related case order and notice of designation of track 2 per Local Rule 1.04(d) by Terrance Cornelis, Yvonne Cornelis. Related case(s): no (RDO) (Entered: 07/09/2009) |
| 07/10/2009 | Ï 9 | CERTIFICATE of interested persons and corporate disclosure statement re 7 Interested persons order by Eatza Pizza, Inc.. (Williams, Drew) (Entered: 07/10/2009) |
| 07/10/2009 | Ï 10 | NOTICE of pendency of related cases re 6 Related case order and notice of designation of track 2 per Local Rule 1.04(d) by Eatza Pizza, Inc.. Related case(s): no (Williams, Drew) (Entered: 07/10/2009) |
| 07/17/2009 | Ï 11 | MOTION to dismiss Complaint *and Alternative Motion for Transfer With Accompanying Memorandum of Law* by Eatza Pizza, Inc.. (Attachments: # 1 Exhibit A)(Williams, Drew) (Entered: 07/17/2009) |
| 07/30/2009 | Ï 12 | CASE MANAGEMENT REPORT. (Williams, Drew) (Entered: 07/30/2009) |
| 08/03/2009 | Ï 13 | REPLY/RESPONSE in opposition re 11 MOTION to dismiss Complaint *and Alternative Motion for Transfer With Accompanying Memorandum of Law* filed by Plaintiffs. (RDO) (Entered: 08/03/2009) |
| 08/06/2009 | Ï 14 | CASE MANAGEMENT AND SCHEDULING ORDER. Signed by Judge John Antoon II on 8/6/2009. (BRS) (Entered: 08/06/2009) |
| 08/17/2009 | Ï 15 | NOTICE of mediation to be held on 03/09/10 @ 9:00 a.m. before Jay Fraxedas. (Williams, Drew) (Entered: 08/17/2009) |
| 08/17/2009 | Ï 16 | CERTIFICATE of compliance re 14 Case management and scheduling order by Eatza Pizza, Inc.. (Williams, Drew) (Entered: 08/17/2009) |
| 08/19/2009 | Ï 17 | ORDER denying 5 Motion for change of amount demanded and jury trial. Signed by Judge John Antoon II on 8/18/2009. (BRS) (Entered: 08/19/2009) |
| 08/26/2009 | Ï 18 | ORDER granting 11 Motion to dismiss; dismissing case without prejudice; Plaintffs are granted leave to file an Amended Complaint on or before September 15, 2009. Signed by Judge John Antoon II on 8/26/2009. (BRS) (Entered: 08/26/2009) |

| | | |
|---|---|---|
| 02/19/2010 | Ï 19 | MOTION to dismiss action and close file *with Memorandum of Law* by Eatza Pizza, Inc.. (Williams, Drew) (Entered: 02/19/2010) |
| 02/19/2010 | Ï 20 | CERTIFICATE OF SERVICE by Eatza Pizza, Inc. re 19 MOTION to dismiss action and close file *with Memorandum of Law* (Attachments: # 1 Main Document Motion to Dismiss and Memo of Law)(Williams, Drew) (Entered: 02/19/2010) |
| 02/23/2010 | Ï 21 | ORDER denying all pending motions as moot and directing the Clerk to close the file. Signed by Judge John Antoon II on 2/23/2010. (BRS) (Entered: 02/23/2010) |
| 02/26/2010 | Ï 22 | MOTION to grant further extension by Terrance Cornelis. (LAK) (Entered: 03/01/2010) |
| 02/26/2010 | Ï 23 | RESPONSE to motion re 11 MOTION to dismiss Complaint and Alternative Motion for Transfer filed by Terrance Cornelis. (LAK) (Entered: 03/01/2010) |
| 03/29/2010 | Ï 24 | ORDER granting 22 Motion to extend time. The Clerk is directed to reopen this case. Plaintiff has until 4/16/10 to file either an amended complaint or a motion to transfer this case. The Clerk is directed to mail a copy of this order to plaintiffs at their last known address. Signed by Judge John Antoon II on 3/29/2010. (DJD) (Entered: 03/29/2010) |
| 04/06/2010 | Ï 25 | MOTION to transfer case by Terrance Cornelis and Yvonne Cornelis. (RDO) (Entered: 04/06/2010) |
| 04/08/2010 | Ï 26 | ORDER denying without prejudice 25 Motion to transfer case. Plaintiffs may file an amended motion to transfer no later than April 23, 2010. Signed by Judge John Antoon II on 4/8/2010. (DJD) (Entered: 04/08/2010) |
| 04/21/2010 | Ï 27 | MOTION to transfer case by Terrance Cornelis and Yvonne Cornelis. (RDO) (Entered: 04/21/2010) |
| 04/29/2010 | Ï 28 | ENDORSED ORDER denying without prejudice for failure to comply with Local Rule 3.01(g) 27 Motion to transfer case. Signed by Judge John Antoon II on 4/29/2010. (BRS) (Entered: 04/29/2010) |
| 05/17/2010 | Ï 29 | MOTION to transfer case to the U.S.D.C. of Arizona by Terrance Cornelis and Yvonne Cornelis. (RDO) (Entered: 05/18/2010) |
| 07/26/2010 | Ï 30 | ORDER granting 29 Motion to transfer case; transferring case to the United States District Court, District of Arizona, Phoenix division; directing the Clerk of the Court to transfer the case and to thereafter close the file. Signed by Judge John Antoon II on 7/26/2010. (BRS) (Entered: 07/26/2010) |
| 07/27/2010 | Ï 31 | TRANSFER to the District of Arizona, Phoenix Division (CEK) (Entered: 07/27/2010) |