___ FILED   ___ LODGED
___ RECEIVED   ___ COPY

DEC 13 2010

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

CASE NUMBER CV 10-01589- PHX- MHM

TERRANCE and YVONNE CORNELIS

                Plaintiff

    -against-

EATZA PIZZA., INC an Arizona corporation

               Defendants.

December 8, 2010

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT
REFERENCE ___5c4___
(Rule Number/Section)

# PLAINTIFF'S RESPONCE TO MOTION TO WITHDRAW AS COUNSEL TO EATZA PIZZA INC.

Here comes Plaintiff Terrance J. and Yvonne Cornelis acting Pro Se does herby request that the Court consider the Plaintiff (Cornelis) response to the motion filed by the defendants counsel to withdraw their response to Plaintiff's motion to compel.

Defendant's counsel acknowledges in his response dated December 6th 2010, both the current mailing of Plaintiff's request for documents but also admits to Cornelis' original mailing of his request for documents to previous counsel Dec 15,2009.

The defendant then raises the defense that since the request for documents was

mailed after the case was supposedly closed and before it was reopened on Mar 29, 2010 that the request was a nullity. The order to reopen the case was an acknowledgement that Cornelis was not served notice of dismissal and thus the Court saw fit to reopen the case and later deciding motions relevant to the case without interruption. There should be consideration given to the fact that both previous counsel and present counsel have been in possession of the Plaintiff's request for documents since December 15, 2009 and when Cornelis e-mailed present counsel a request to discuss this outstanding document among other things pertaining to the case October 29. 2010 the response from present counsel by E-mail Nov 12, 2010 was taken as a refusal to discuss these issues. There exists clear evidence of Plaintiff's attempt to discuss specifically the Plaintiff's request for documents and therefore thus satisfied L. R. Civ 7.2 (j).

There can be no doubt that the defendants have failed to comply with Rule 37, Federal Rules for Civil Procedures.

The Plaintiff is alarmed by the timing of the revelation of counsel's motion to withdraw accompanied by the Defendants response to our motion to compel by E-mail on December 7,2010 six days before a scheduled hearing set for December 13, 2010. The Plaintiff sees this as an attempt to frustrate and confound the Plaintiff in his pursuit of his case against Eatza Pizza Inc.

The parties to this dispute understand that a judgment against Eatza Pizza Inc. would be a hollow victory since all of the assets have been disposed of.

The Plaintiff needs discovery of the requested documents and interrogatories to compile the evidence needed to file a motion to pierce the corporate

To allow Eatza Pizza Inc. the opportunity to dispose of representation and accept a judgment by default without Plaintiff having the benefit of full discovery would be a travesty of justice.

The Plaintiff respectfully request the Court to set aside the Defendants Motion To Withdraw until full discovery is made this 8th day of December.

## Certificate of Service

Terrance Cornelis does hereby certify that I have delivered a true copy of my Plaintiff's response to motion to withdraw as counsel to Eatza Pizza Inc. to Steven N.Berger and Bradley D. Pack of Engelman Berger, P.C 3636 North Central Avenue, Suite 700 Phoenix, Arizona 85012 by mail prepaid on December 8, 2010.

RESPECTFULLY SUBMITTED,
Terrance J. Cornelis

PLAINTIFF'S
Terrance J. Cornelis & Yvonne Cornelis

By_____/_____
Terrance J. Cornelis        Yvonne Cornelis
123 River Rd.1              123 River Rd 1
Banner Elk N.C. 28604       Banner Elk N.C.28604
Tel No. 828-260-0758        Tel No. 828-260-0758

E-mail: Tcornelis@aol.com   E=mail Ycornelis @aol.com

