**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

TERRANCE CORNELIS, *et al.*          v.          ETZA PIZZA INCORPORATED

THE HONORABLE JOHN W. SEDWICK          2:10-cv-01589-JWS

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**          DATE: January 19, 2011

    By agreement of the judges, the above-referenced case is hereby reassigned to the Honorable Timothy M. Burgess for all further proceedings. Please use the following case number on all future filings: 2:10-cv-01589-TMB.