## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*Cornelis v Eatza Pizza*
Case No. 2:10-cv-01589 TMB

By: THE HONORABLE TIMOTHY M. BURGESS

<u>PROCEEDINGS</u>: ORDER FROM CHAMBERS

 At Docket 50 a Motion for Default Judgment was filed by Terrance Cornelis. There being no response or opposition filed,

 IT IS HEREBY ORDERED that the Plaintiff's Motion for Default Judgment at Docket 50 is **GRANTED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: March 25, 2011